UNITED STATES BANKRUPTCY COURT FOR THE
NORTHEN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| WILLIAM SCOTT | ) | |
| and MARY SCOTT | ) | |
| | ) | |
| Debtors | ) | CASE NO. 08-21447 |

**MOTION TO REINSTATE CHAPTER 13**

Comes now debtors, WILLIAM SCOTT and MARY SCOTT, by counsel, JOHN W. PETERS, and moves the Court to reinstate the Chapter 13 Petition filed on behalf of debtor and respectfully shows the Court as follows:

1. That on June 27, 2008, the Court entered an order dismissing the Chapter 13 Bankruptcy petition.

2. That attorney for Debtors encountered difficulty in timely filing a reasonable plan of repayment which resulted in a dismissal.

3. That the difficulties encountered have been resolved and that all schedules and the Chapter 13 plan can be promptly filed at this time.

4. That it is in the best interest of all concerned parties that debtors' Chapter 13 bankruptcy be reinstated.

WHEREFORE, debtors pray the court to reinstate their Chapter 13 bankruptcy petition and plan and for all other just and proper relief in the premises.

/s/ John W. Peters
JOHN W. PETERS, #5698-64
Attorney for Debtors
6195 Central Avenue
Portage, IN  46368
(219) 762-0402

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF:        )
WILLIAM SCOTT            )
and MARY SCOTT           )
                         )
    Debtors              )        CASE NO. 08-21447

### CERTIFICATE OF SERVICE

I certify that on the 15 day of July, 2008, service of a true and complete copies of Motion to Reinstate was sent to the United States Trustee and Trustee Paul Chael electronically and to all creditors on the matrix by mailing same with sufficient first class postage affixed and deposited in the US mail.

_____
JOHN W. PETERS, #5698-64
Attorney for Debtors
6195 Central Avenue
Portage, IN  46368
(219) 762-0402